UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE D. REDMAN, | No. 2:16-cv-01662-JAM-GGH |
| Petitioner, | |
| vs. | ORDER |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Good cause appearing therefore, it is hereby ORDERED that the parties may have until December 5, 2016 to file a joint scheduling statement in this case addressing the matters described in this Court's Order dated August 5, 2016.

IT IS SO ORDERED.

Dated: October 12, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

/redm1662.eot(2)

[PROPOSED] ORDER RE EXTENSION OF TIME, Redman v. Asuncion, Case No. 2:16-cv-1662 JAM GGH    -1-