UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE G. REDMAN,, | No. 2:16-cv-1662 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| DEBBIE ASUNCION,, | |
| Respondent. | |

      A joint scheduling statement in this matter was filed on December 20, 2016, pursuant to the court's order filed August 5, 2016.[1] After reviewing the joint statement, the court issues the following ORDERS:

      1. Petitioner indicates that all claims appear to be exhausted.  Therefore, an amended petition must be filed and served within 90 days along with any memorandum of points and authorities; respondent must file an answer or dispositive motion within 60 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 30 days after service of an opposition to file a reply.

      2. If petitioner chooses to move for discovery and/or and an evidentiary hearing,

---

[1] Three extensions of time for filing the statement were granted by orders filed on September 2, 2016, October 12, 2016, and December 8, 2016.

petitioner must do so within 30 days after an answer is ultimately filed. However, petitioner should be guided in this matter by Cullen v. Pinholster, 131 S.Ct. 1388 (2011), which precludes discovery or an evidentiary hearing unless the court first finds the legal conclusions or the fact finding process AEDPA unreasonable. See Runningeagle v. Ryan, 686 F.3d 758, 773-74 (9th Cir. 2012). Any motion for discovery/evidentiary hearing must seek an initial AEDPA finding on the law or the facts.

Dated: December 24, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Redm1662.hab.pst