UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE G. REDMAN, | No. 2:16-cv-1662 JAM GGH |
| Petitioner, | |
| v. | ORDER |
| DEBBIE ASUNCION, | |
| Respondent. | |

Petitioner, through his counsel of record, has requested an extension of time to file an amended petition and has notified the court that Respondent does not oppose this request.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 30, is granted; and

2. Petitioner shall file an Amended Petition for Habeas Corpus on or before June 5, 2017.

**IT IS SO ORDERED.**

Dated: May 3, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Redman.1662.EOT