UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE G. REDMAN,<br><br>  Petitioner,<br><br>  v.<br><br>DEBBIE ASUNCION,<br><br>  Respondent. | No. 2:16-cv-01662 JAM GGH<br><br><br><br>ORDER |

Respondent has requested a 60 day extension of time to respond to the Amended Petition. ECF No. 35. The Motion is unopposed by petitioner's counsel.

As a result of the foregoing it IT IS HEREBY ORDERED that:

The respondent shall have until September 15, 2017 to file a responsive pleading to petitioner's Amended Petition.

**IT IS SO ORDERED**.

Dated: July 24, 2017

                              /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

1