# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE G. REDMAN, | No. 2:16-cv-1662- JAM GGH (HC) |
| Petitioner, | |
| v. | ORDER |
| DEBBIE ASUNCION, | |
| Respondent. | |

The parties to this action have stipulated through their respective counsel have requested that the court calendar a hearing on Respondent's Motion to Dismiss the petition on January 18, 2018 at 9:00 a.m. Good cause appearing therefore, IT IS HEREBY ORDERED that:

The Stipulation for scheduling of a hearing on Respondent's Motion to Dismiss is GRANTED;

The Court's Courtroom Deputy shall schedule this matter for hearing at 9:00 a.m. on the court's January 18, 2018 calendar.

**IT IS SO ORDERED**.

Dated: November 3, 2017

                                                /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE